IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | No. 06-CR-30137-DRH |
| | ) | |
| **DAMMARO D. PERKINS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

**HERNDON, District Judge:**

Before the Court is a motion to continue trial submitted by Defendant Dammaro D. Perkins. (Doc. 12.)  The Court, being fully advised in the premises, finds that trial should be postponed.  In addition, the Court finds that pursuant to **18 U.S.C. § 3161(h)(8)(A)**, the ends of justice served by the granting of such a continuance outweigh the interests of the public and Defendant in a speedy trial. Therefore, the Court **GRANTS** Defendant Perkin's motion to continue. (Doc. 12.) The Court **CONTINUES** the jury trial scheduled for Tuesday, September 5, 2006, at 9:00 a.m. until Monday, October 16, 2006 at 9:00 a.m.  The time from the date

Defendant Perkin's motion was filed, August 29, 2006, until the date on which the trial is rescheduled, October 16, 2006, is excludable time for the purposes of speedy trial.

       **IT IS SO ORDERED**.

       Signed this 29th day of August, 2006.

/s/       David   RHerndon
**United States District Judge**
