IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**DAMMARO D. PERKINS,**

**Defendant.**                              **CASE NO. 05-CR-30137-DRH**

### ORDER

Before the Court is the Government's First Motion to Extend Time in Which to File Response to Defendant's Memorandum in Support of Motion to Suppress (Doc. 15).

The Court, being fully apprised in the premises for the Government's Motion, **GRANTS** the motion and extends until November 17, 2006, the time for the filing of the Government's Response to Defendant's Memorandum in Support of his Motion to Suppress.

The Court further finds that the time attributable to the supplemental briefing by the parties of the Defendant's pre-trial Motion to Suppress is necessary for the proper consideration of that Motion by the Court and therefore **ORDERS** that pursuant to 18 U.S.C. § 3161(h)(1)(F), the time from the filing of the Defendant's Motion on September 27, 2006, through November 17, 2006, be excluded from the speedy trial time limits of 18 U.S.C. § 3161(c)(1).

As previously Ordered by the Court at the hearing held on the Defendant's Motion to Suppress, that Motion will be deemed to be taken under

advisement by the Court at the time the supplemental briefing has been completed.

    IT IS SO ORDERED.

    Signed this 6th day of November, 2006.

_____                   /s/        David   RHerndon
                                                                  **United States District Judge**