IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | No. 05-CR-30137-DRH |
| ) | |
| **DAMMARO D. PERKINS,** ) | |
| ) | |
| **Defendant.** ) | |

### ORDER

**HERNDON, District Judge:**

      Before the Court is a motion to continue trial submitted by Defendant Dammaro D. Perkins. (Doc. 29.) The Court finds that trial should be postponed in order to give Defendant's counsel sufficient time to prepare, to do otherwise would visit a manifest miscarriage of justice upon the Defendant. In addition, the Court finds that pursuant to **18 U.S.C. § 3161(h)(8)(A)**, the ends of justice served by the granting of such a continuance outweigh the interests of the public and Defendant in a speedy trial because failure to grant such a continuance would unreasonably deny Defendant's counsel the necessary time to prepare. Therefore, the Court **GRANTS** Defendant Perkin's motion to continue. (Doc. 29.) The Court **CONTINUES** the jury trial scheduled for Tuesday, January 2, 2007, at 9:00 a.m. until Monday, February 12, 2007 at 9:00 a.m. The time from the date Defendant Perkin's motion was filed,

December 15, 2006, until the date on which the trial is rescheduled, February 12, 2007, is excludable time for the purposes of speedy trial.

**IT IS SO ORDERED**.

Signed this 18th day of December, 2006.

/s/          David   RHerndon
**United States District Judge**