IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DAMMARO D. PERKINS,

    Defendant.                                     Case No. 05-30137-DRH

### ORDER

**HERNDON, District Judge:**

        Pending before the Court is Defendant's Motion to Withdraw as Counsel. (Doc. 32.) Due to a potential conflict of interest, Defendant's current counsel, Assistant Federal Public Defender Stephen C. Williams, requests leave to withdraw from this case. The Court **GRANTS** this motion. (Doc. 32.) In addition, the Court **APPOINTS** attorney James Gomric as CJA counsel to represent Defendant in this matter.

        **IT IS SO ORDERED.**

        Signed this 30th day of January, 2007.

                                                        /s/        David   RHerndon
                                                  **United States District Judge**