## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**vs.**

**DAMMARO D. PERKINS,**

    **Defendant.**                  **Case No. 05-30137-DRH**

## ORDER

**HERNDON, District Judge:**

    Pending before the Court is a Motion to Withdraw as Counsel submitted by Defendant's counsel, James A. Gomric. (Doc. 38.)  Due to a conflict of interest, Mr. Gomric requests leave to withdraw from this case.  The Court **GRANTS** this motion. (Doc. 38.)  In addition, the Court **APPOINTS** attorney William D. Stiehl, Jr. as CJA counsel to represent Defendant  in this matter.

    **IT IS SO ORDERED.**

    Signed this 9th day of March, 2007.


/s/        David   RHerndon
**United States District Judge**