IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | No. 05-CR-30137-DRH |
| ) | |
| **DAMMARO D. PERKINS,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

**HERNDON, District Judge:**

Now before the Court is Defendant's motion in limine to prevent Government from introducing evidence or argument concerning the name and nature of Defendant's prior convictions and offer to stipulate to a prior felony conviction. (Doc. 31.) The Court agrees that such evidence is inadmissible pursuant to **FEDERAL RULES OF EVIDENCE 403 and 404(b)**. So long as Defendant stipulates that he has been convicted of a felony punishable by imprisonment for a term exceeding one year, the Court directs the Government to refrain from introducing evidence or argument concerning the name and nature of Defendant's prior convictions. Accordingly, Defendant's motion is **GRANTED**. (Doc. 31.)

**IT IS SO ORDERED**.

Signed this 4th day of May, 2007.

/s/     David RHerndon
**United States District Judge**