IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| PLAINTIFF, | : | |
| v. | : | CASE NO. 05-30137-DRH |
| DAMMARO D. PERKINS, | : | |
| DEFENDANT. | : | |

## ORDER AUTHORIZING PUBLICATION PURSUANT TO RULE G(4) OF THE SUPPLEMENTAL RULES FOR ADMIRALTY OR MARITIME CLAIMS AND ASSET FORFEITURE ACTIONS

The Court hereby considers the "Motion For Publication Pursuant To Rule G(4) Of The Supplemental Rules For Admiralty Or Maritime Claims And Asset Forfeiture Actions" filed by the United States and grants the same. Notice of the Preliminary Order for Forfeiture [Doc. No. 78] may be published in any manner authorized by Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and the United States may, if it so desires, resort to a means of providing of said publication other than in a newspaper as long as said means of publication is consistent with said Rule G(4).

IT IS SO ORDERED.

Dated: May 15, 2008.

/s/    David R. Herndon
DAVID R. HERNDON
United States District Chief Judge