# United States District Court
Southern District of Illinois

| | |
|---|---|
| UNITED STATES OF AMERICA | )ORDER GRANTING MOTION FOR<br>)SENTENCE REDUCTION PURSUANT TO<br>)18 U.S.C.§3582(c)(1)(B)<br>)<br>) Case Number: 05CR30137-001 (SMY)<br>) Registration Number: 07580-025 |
| v. | |
| DAMMARO D. PERKINS | |

Ethan Skaggs                                              Suzanne Garrison
Assistant Federal Public Defender       Assistant United States Attorney

**DATE OF IMPOSITION OF ORIGINAL JUDGMENT:**   September 28, 2007

Upon motion of the defendant, made pursuant to 18 U.S.C. §3582(c)(1)(B), for a reduction in the term of imprisonment imposed based upon the First Step Act § 404, and having considered such motion,

**IT IS ORDERED** that the motion (Doc. # 117) be and the same is hereby GRANTED.   Pursuant to the First Step Act § 404, the original sentence of 210 months, consisting of 150 months on Count 1, 120 months on Counts 2 and 3, with all such terms to be served concurrently, and 60 months on Count 4 to be served consecutively to Counts 1, 2, and 3, and 8 years of supervised release consisting of 8 years on Count 1, 4 years on Counts 2 and 4, and 3 years on Count 3, all such terms to run concurrently, is reduced to:

106 months, consisting of 46 months on each of Counts 1, 2 and 3, with such terms to be served concurrently, and 60 months on Count 4, with said term to be served consecutively to Counts 1, 2 and 3, and 6 years of supervised release consisting of 6 years on Counts 1, 4 years on Counts 2 and 4, and 3 years on Count 3, all such terms to run concurrently

I.   Court Determination of Advisory Guideline Range

| | |
|---|---|
| Previous Offense Level:   26 | Amended Offense Level:   16 |
| Criminal History Category: VI | Criminal History Category:   VI |
| Previous Guideline Range: 120–150 months | Amended Guideline Range:   46-57 months |
| **Mandatory minimum sentence of 120 months (Ct. 1)** | **No mandatory minimum sentence (Cts. 1, 2, & 3)** |
| **60 months (Ct. 4 – consecutive)** | **60 months (Ct. 4 – consecutive)** |

II.   Sentence Relative to Amended Advisory Guideline Range

_X_     The reduced sentence is within the amended advisory guideline range.

____     The reduced sentence is below the amended guideline range due to a Rule 35(b) reduction.

____     The reduced sentence is outside the amended guideline range for the following reasons:

III. **Further Explanation**

To insure that the defendant is in fact timely released, the Bureau of Prisons is directed to take all appropriate steps to complete the processing of the defendant's release plan prior to the effective date of this order. If this order results in a release date ten or fewer days after the date this order is entered, this order shall be **STAYED** for a period of ten days from the docketing date of this order to ensure the defendant, the Bureau of Prisons and the Probation Office adequate time to prepare for the defendant's reentry into society.

If the amount of time the defendant has served exceeds this sentence, the sentence is reduced to a "Time Served" sentence.

Except as otherwise provided herein, (i.e., the reduced term of imprisonment and term of supervised release) all provisions of the original judgment imposed September 28, 2007, shall remain intact, and the same are incorporated herein by reference as though set forth herein at length.

**IT IS SO ORDERED.**

**DATED: April 4, 2019**

**STACI M. YANDLE
United States District Judge**